R. Brent Wisner (SBN: 276023)
rbwisner@wisnerbaum.com
Monique Alarcon (SBN: 311650)
malarcon@wisnerbaum.com
**WISNER BAUM, LLP**
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444

Tracy L. Turner (*Admitted Pro Hac Vice*)
tturner@pbclawfirm.com
**PENDLEY, BAUDIN & COFFIN, LLC**
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Tel: (225) 687-6396
Fax: (225) 687-6398

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEPHEN BENTZ,<br><br>Plaintiff,<br><br>v.<br><br>ASTRAZENECA PHARMACEUTICALS LP; ASTRAZENECA LP; MERCK SHARP & DOHME LLC; HELENDALE MARKET AND DELI, INC.; AND SAFEWAY, INC.,<br><br>Defendants. | Case No. 3:26-cv-06449-JD<br><br>**STIPULATION OF VOLUNTARY DISMISSAL AS TO DEFENDANT ASTRAZENECA LP ONLY**<br><br>Judge: Hon. William H. Orrick |

**IT IS HEREBY STIPULATED**, by and between all parties who have appeared, that the above-captioned action is voluntarily dismissed, without prejudice, against **only Defendant ASTRAZENECA LP** pursuant to Fed R. Civ. P. 41(a)(1)(A)(ii), with the parties to bear their own

costs. All other Defendants remain in this action, and Plaintiff will continue to pursue his action against them.

**IT IS SO STIPULATED:**

DATED: September 17, 2026

By: /s/ *Tracy L. Turner*

Tracy L. Turner (*Admitted Pro Hac Vice*)
PENDLEY, BAUDIN & COFFIN, LLC
P.O. Drawer 71
24110 Eden Street
Plaquemine, LA 70765
Tel: (225) 687-6396
Fax: (225) 687-6398
tturner@pbclawfirm.com

Monique A. Alarcon (311650)
WISNER BAUM LLP
11111 Santa Monica Blvd., Suite 1750
Los Angeles, CA 90025
Tel: (310) 207-3233
Fax: (310) 820-7444
Email: malarcon@wisnerbaum.com
*Attorneys for Plaintiff*

*/s/ Kathryn Podsiadlo*

Kathryn Podsiadlo
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
(213) 243-4000
Fax: (213) 243-4999
Email: kathryn.podsiadlo@arnoldporter.com
*Attorney for AstraZeneca Pharmaceuticals LP*

**CERTIFICATE OF SERVICE**

The undersigned certifies that a true and accurate copy of the foregoing was filed on September 17, 2026 using the court's CM/ECF electronic system which will electronically serve a copy to all counsel of record.

*/s/ Tracy L. Turner*
Tracy L. Turner